FILED
 2009 Sep-24  PM 04:13
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 7:09-CV-435-VEH ) |
| BILL LUNSFORD CONSTRUCTION & DEVELOPMENT, INC.; and WANDA BLEVINS, | ) ) ) ) ) |
| Defendants. | ) ) |
| WANDA BLEVINS, | ) ) |
| Counterclaim Plaintiff, | ) ) |
| v. | ) ) |
| AUTO-OWNERS INSURANCE COMPANY, | ) ) ) |
| Counterclaim Defendant. | ) |

## ORDER AND PARTIAL FINAL JUDGMENT ORDER

The magistrate judge filed a report and recommendation (Doc. 23) on August 10, 2009, recommending that Defendant's Motion to Dismiss and Application for Attorney's Fees (Doc. 9) filed on March 26, 2009, by Defendant Bill Lunsford

Construction & Development, Inc. ("Lunsford"), be granted in part and denied in part, and that Plaintiff's 12(b)(6) Motion to Dismiss Wanda Blevins's ("Blevins") Counterclaim (Doc. 15) filed on April 14, 2009, be granted. (Doc. 23 at 2).

The parties were allowed fifteen days in which to file objections to the magistrate judge's decision. Plaintiff filed objections to part of the magistrate judge's determination. Defendants filed no objections and did not respond to Plaintiff's objections.

After careful consideration of the record in this case and consistent with the memorandum opinion entered on this date, the court hereby **ADOPTS IN PART** and **RESERVES IN PART** the report of the magistrate judge. The court further **ACCEPTS IN PART** and **RESERVES IN PART** the recommendations of the magistrate judge.

Relatedly, the court **RESERVES** in part Plaintiff's objections except to the extent that it seeks to have this court issue a certified question to the Supreme Court of Alabama as to the scope of an insurer's duty to defend the entire lawsuit under Alabama law when a complaint includes both covered and uncovered claims. The court **SUSTAINS** that particular objection.[1]

---

[1] The court will enter a separate order certifying this open question of law to the Supreme Court of Alabama pursuant to Rule 18 of the Alabama Rules of Appellate Procedure.

Concerning those areas of the magistrate judge's recommendation in which no objections have been filed and the court has adopted, "the court expressly determines that there is no just reason for delay"[2] and **DIRECTS** that final judgment be entered as to the following claims:

1) Any declaratory relief sought regarding the duty to indemnify Defendant Lunsford is **HEREBY DISMISSED WITHOUT PREJUDICE** pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure because such claims are not yet ripe for review;

2) Defendant's Motion to Dismiss and Application for Attorney's Fees (Doc. 9) is **DENIED** with respect to Lunsford's request for an award of attorney's fees pursuant to the Alabama Litigation Accountability Act; and

3) Blevins's counterclaim is **HEREBY DISMISSED WITHOUT PREJUDICE** pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure because any declaratory counterclaim on the basis of indemnity is not yet ripe for review, and Blevins lacks standing to assert any declaratory counterclaim concerning the duty to defend Lunsford. Relatedly, Plaintiff's 12(b)(6) Motion to Dismiss

---

[2] *See* Fed. R. Civ. P. 54(b) ("When an action presents more than one claim for relief--whether as a claim, counterclaim, crossclaim, or third-party claim--or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay.").

Blevins's Counterclaim (Doc. 15) is **DENIED** as **MOOT**.

    **DONE** and **ORDERED** this the 24th day of September, 2009.

                                                     **VIRGINIA EMERSON HOPKINS**
                                                   United States District Judge